UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUL 29 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JAMES A.G. BUNCH, JR., :
:
Petitioner, :
:
v. : Civil Action No. 08-1050 (PLF)
:
UNITED STATES OF AMERICA, *et al.*, :
:
Respondents. :

**TRANSFER ORDER**

Petitioner brings this habeas action to challenge his conviction in and the sentence imposed by the Superior Court of Hertford County, North Carolina. He curretly is incarcerated at the Craven Correctional Institution in Vanceboro, North Carolina.

Habeas actions are subject to jurisdictional and statutory limitations. *See Braden v. 30th Judicial Circuit Court of Kentucky*, 410 U.S. 484 (1973). The proper respondent in a habeas corpus action is the petitioner's custodian. *Rumsfeld v. Padilla*, 542 U.S. 426, 434-35 (2004); *Blair-Bey v. Quick*, 151 F.3d 1036, 1039 (D.C. Cir. 1998) (citing *Chatman-Bey v. Thornburgh*, 864 F.2d 804, 810 (D.C. Cir. 1988)). The Court "may not entertain a habeas petition involving present physical custody unless the respondent custodian is within its territorial jurisdiction." *Stokes v. United States Parole Comm'n*, 374 F.3d 1235, 1239 (D.C. Cir. 2004). The Court, therefore, will transfer this matter to the district in which petitioner currently is incarcerated.

Accordingly, it is hereby

1

ORDERED that this action is TRANSFERRED to the United States District Court for the Eastern District of North Carolina.

SO ORDERED.

／s／ Paul L. Friedman
PAUL L. FRIEDMAN
United States District Judge

DATE: 7/21/08