


# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES A. G. BUNCH, JR. Petitioner, pro se <br> V. <br> UNITED STATES OF AMERICA, et al., Respondents | Civil Action No. 08-1050 (PLF) <br> WRIT OF HABEAS CORPUS |

**RECEIVED**
AUG 1 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## "NOTICE OF APPEAL"

COMES NOW, Petitioner James A. G. Bunch, Jr., pro se, hereby gives "Notice of Appeal" from the "Transfer Order" of Judge Paul L. Friedman, dated July 21, 2008, filed July 29, 2008, and received August 4, 2008. The Transfer of Petitioner's Writ of Habeas Corpus is Prejudicial, Denies Petitioner of Access To The Courts, Court of Competent Jurisdiction, and Protection from Government Conspiracies to aid a state Government in violating the Constitutional and Human Rights of One of its Citizens. Further, the U.S. Eastern District have repeatedly refused to address the Merits of Petitioner's Writ, which actually makes the U.S. Middle District of N.C. the Appropriate Court of Jurisdiction, and Now, Only The Federal Courts in The District of Columbia.

This 12th Day of August, 2008:

James A. G. Bunch, Jr.
James A. G. Bunch, JR
P.O. Box 839
Vanceboro, N.C. 28586

CC:

-1-

## SYNOPSIS OF FACTS

Petitioner is a Political Prisoner being denied his Constitutional and Human Rights by Malicious Actions of The State of N.C., the County's of Caswell and Hertford. Caswell County used and knowingly filed False Reports with the U.S. Magistrate Judge Russell A. Eliason and the U.S. Middle District of N.C. District Attorney H. Fleetwood and The N.C. Governor filed Perjured Testimony and Statements in order to secure Federal Warrants and the Help of Federal Bureau Of Investigations (F.B.I.) and U.S. Marshals. The United States Government Aided and Assisted the state of N.C., Hertford County and Caswell County to Kidnap, To Falsely Imprison, Enslave, and Violate The Constitution and Laws of The United States FOR the purpose of Retaliation and Cruel and Unusual Punishment.

Because The United States Government issued The Warrants, Captured and Restrained this Petitioner based on Sworn Affidavits and Oaths, the Onliest Court with Proper Jurisdiction is the United States Federal Courts of The District of Columbia. Petitioner needs Counsel to assist him against both The Federal and State Governments.   Sincerely,

c.c.                             James A. Y. Bunch, pro se

-2-

CERTIFICATE OF SERVICE

This is to certify that the Foregoing "Notice of Appeal", from the Prejudicial Order of The United States District Court, Transferring Petitioner Application for A Writ of Habeas Corpus was served via United States Mail, postage prepaid this 12 day of August, 2008; Addressed as follows:

Clerk of Court
U.S. District Court
District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

*James A. G. Bunch, Jr*
James A. G. Bunch, Jr
P.O. Box 839
Vanceboro, NC 28586

cc: j/a/g/b/jr